# STEWART LEE KARLIN LAW GROUP, P.C.
## ATTORNEYS AT LAW
**111 John Street, 22nd Floor**
**New York, New York 10038**
**(212) 792-9670/Office**
**(844)636-1021/Fax**
**Dan@stewartkarlin.com**

MEMBER OF THE BAR
NEW YORK & NEW JERSEY

Concentrating in Employment, Education
and Insurance Law

Website: www.stewartkarlin.com

May 25, 2026

**Via ECF**
Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Request GRANTED. The initial pretrial conference scheduled for May 28, 2026 is ADJOURNED until **June 16, 2026 at 3:30 p.m.**

Date:   May 26, 2026
        New York, New York

SO ORDERED.

*Jennifer Rochon*

JENNIFER L. ROCHON
United States District Judge

**Re:    Garigliano v. City University of New York**
        **Case No.: 26-cv-01413(JLR)**

Dear Judge Rochon:

I represent Plaintiff Faith Garigliano in the above-referenced matter. The parties have conferred and write jointly to request an adjournment of the initial pretrial conference scheduled for May 28, 2026, at 12:00 p.m. This is the first request for an adjournment, and there are no other scheduled dates to be affected. Counsel are both available for the initial pretrial conference on June 16, 17 or 18, subject to the Court's availability. The parties are conferring and will prepared to submit the proposed Civil Case Management Plan and Scheduling order ten calendar days prior to a new conference date.

Thank you for your attention to this matter.

Sincerely,

Daniel E. Dugan, Esq.

cc:  All counsel of record (Via ECF)